# *United States District Court for the District of Columbia*

| |  |
|---|---|
| FAITH SNYDERMAN, a minor, *et al.*,<br><br>**Plaintiffs**<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>**Defendants** | Civil Action No. 06-00923 (EGS) |

### PROOF OF SERVICE

Plaintiffs Faith Snyderman, Rachel Snyderman, Lois Rosen and Mark Synderman respectfully submit, pursuant to Fed. R. Civ. P. 4(l), the accompanying affidavit as proof of service upon defendant The District of Columbia. Service was effected on May 22, 2006 via certified mail, as permitted by Fed. R. Civ. P. 4(j)(2), and Sup. Ct. Civ. R. 4(c)(3). Service was made upon the Mayor of the District of Columbia, the chief executive officer, pursuant to Fed. R. Civ. P. 4(j)(2). This defendant's answer accordingly was due June 12, 2006.

/s/ *Diana M. Savit*
_____
Diana M. Savit #244970
SAVIT & SZYMKOWICZ, LLP
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814
(301) 951-9191
Attorneys for plaintiffs

# United States District Court for the District of Columbia

| | |
|---|---|
| FAITH SNYDERMAN, a minor, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants | Civil Action No. 06-00923 (EGS) |

## AFFIDAVIT

State of Maryland         )
                          )  ss:
County of Montgomery      )

Ellen R. Pressman, being first duly sworn, deposes and states as follows:

1. I work for Savit & Szymkowicz, LLP as the firm's legal assistant. My duties include arranging for service of process whenever the firm files a civil action.

2. On May , 2006, I mailed a copy of the complaint in this case, a summons, a notice of the right to consent to trial before a magistrate judge and a form for consenting to a magistrate judge trial by certified mail, return receipt requested, restricted delivery to Anthony Williams, Mayor of the District of Columbia, at 444 4th Street, N.W., Washington, D.C. 20001.

3. The certified mail article number was 7005 1820 0005 5256 6273.

4.  I subsequently received the return receipt, a copy of which accompanies this affidavit. The return receipt indicates that "A.J. Bowlding" signed for the package on May 22, 2006. Mr./Ms. Bowlding is identified on the receipt as the agent of the Mayor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 14, 2006

*Ellen R. Pressman*
Ellen R. Pressman

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X A. Bowdu  ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) A. Bowdu   C. Date of Delivery 5/22/06 |
| 1. Article Addressed to:<br><br>Anthony Williams, Mayor<br>The District of Columbia<br>444 4th Street, N.W.<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0005 5256 6273 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.36 |

Postmark Here

Sent To  Anthony Williams
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 1820 0005 5256 6273

PS Form 3800, June 2002     See Reverse for Instructions