# United States District Court
# for the District of Columbia

| | |
|---|---|
| **F.S.,** a minor, *et al.,* <br><br> **Plaintiffs** <br><br> v. <br><br> **THE DISTRICT OF COLUMBIA,** *et al.,* <br><br> **Defendant**s | Civil Action No. 06-00923 (EGS) |

### PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO OPPOSE DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF THE COMPLAINT OR, IN THE ALTERNATIVE, TO SEVER THE CLAIMS

Plaintiffs, by and through counsel, respectfully move the Court, pursuant to Fed. R. Civ. P. 6(b), to enter an order extending the time within which they may file their opposition to defendants' partial motion to dismiss the complaint and to sever claims, up to and including July 3, 2006. The grounds for the motion are:

1.  Defendants filed and electronically served their motion on June 16, 2006. Plaintiffs' opposition is due June 27, 2006. LCvR 7(b).

2.  Due to the press of other business, plaintiffs' counsel is unable to devote adequate time to preparing the opposition in order to have it ready for filing by the current deadline. Plaintiffs estimate that the opposition will be ready by July 3, 2006.

3.  Pursuant to LCvR 7(m), on June 23, 2006 the undersigned contacted defense counsel and requested consent to an extension of time up to and including June 30, 2006. That relief is unopposed. Since obtaining consent, plaintiffs' attorney has reviewed her schedule and has realized

that it would be more prudent to seek an extension of one additional business day–to July 3, 2006. Defendants' position with respect to this matter is unknown, but we infer from the prior consent that there is no objection.

Based upon the foregoing, plaintiffs respectfully urge the Court to grant their motion and to enter an order extending the time within which they may oppose the pending motion, up to and including July 3, 2006. In support of this motion, plaintiffs respectfully refer the Court to the accompanying memorandum of points and authorities.

/s/  *Diana M. Savit*
_____
Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814
(301) 951-9191
Attorneys for plaintiffs

# United States District Court
# for the District of Columbia

| | |
|---|---|
| **F.S., a minor,** *et al.,*<br><br>    **Plaintiffs**<br><br>    **v.**<br><br>**THE DISTRICT OF COLUMBIA,** *et al.,*<br><br>    **Defendant**s | Civil Action No. 06-00923 (EGS) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO OPPOSE DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF THE COMPLAINT OR, IN THE ALTERNATIVE, TO SEVER THE CLAIMS**

Fed. R. Civ. P. 6(b).

LCvR 7(a).

LCvR 7(m).

                                      /s/  *Diana M. Savit*

                              Diana M. Savit #244970
                              **SAVIT & SZYMKOWICZ, LLP**
                              7315 Wisconsin Avenue
                              Suite 601N
                              Bethesda, Maryland 20814
                              (301) 951-9191
                              Attorneys for plaintiffs