# United States District Court for the District of Columbia

| | |
|---|---|
| **F.S.**, a minor, *et al.,*<br><br>　　　　**Plaintiffs**<br><br>　　v.<br><br>**THE DISTRICT OF COLUMBIA**, *et al.,*<br><br>　　　　**Defendant**s | Civil Action No. 06-00923 (EGS) |

### ORDER

Upon consideration of plaintiffs' consent motion for an extension of time within which to oppose defendants' motion for partial dismissal of the complaint or, in the alternative, to sever the claims; defendants' consent thereto, and it appearing that the motion should be granted; it is, this _____ day of _____, 2006,.

**ORDERED:**　That the motion is granted; and it is

**FURTHER ORDERED:**　That the date by which plaintiffs may oppose defendants' motion for partial dismissal of the complaint or, in the alternative, to sever the claims, is extended up to and including July 3, 2006.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge

cc:　　Diana M. Savit, Esq.
　　　**Savit & Szymkowicz, LLP**
　　　7315 Wisconsin Avenue
　　　Suite 601N
　　　Bethesda, Maryland 20814

Maria L. Merkowitz, Esq.
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, D.C.  20001