# United States District Court
# for the District of Columbia

| |  |
|---|---|
| **F.S., a minor,** *et al.,*<br><br>　　　　**Plaintiffs**<br><br>　　　　v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.,*<br><br>　　　　**Defendant**s | Civil Action No. 06-00923 (EGS) |

## ORDER

Upon consideration of defendants' motion for partial dismissal of the complaint, plaintiffs' opposition thereto, and the entire record herein, and it appearing that the motion should be denied; it is, this _____ day of _____, 2006,.

**ORDERED:**  That the motion to dismiss is denied.

_____
Judge

cc:   Diana M. Savit, Esq.
　　　S&#x1D00;v&#x1D argued;&#x1D1B; & S&#x1D22;y&#x1D0D;&#x1D0F;w&#x1D1C;&#x1D1C;, LLP
　　　7315 Wisconsin Avenue
　　　Suite 601N
　　　Bethesda, Maryland 20814

　　　Maria L. Merkowitz, Esq.
　　　Senior Assistant Attorney General
　　　441 4th Street, N.W.
　　　Sixth Floor North
　　　Washington, D.C.  20001