# United States District Court
# for the District of Columbia

| | |
|---|---|
| **F.S., a minor,** *et al.,*<br><br>**Plaintiffs**<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.,*<br><br>**Defendant**s | Civil Action No. 06-00923 (EGS) |

### ORDER

Upon consideration of defendants' motion to sever the claims, plaintiffs' opposition thereto, and the entire record herein, and it appearing that the motion should be denied; it is, this _____ day of _____, 2006,.

**ORDERED:**   That the motion to sever the claims is denied.

_____
Judge

cc:   Diana M. Savit, Esq.
    S<small>AVIT</small> & S<small>ZYMKOWICZ</small>, LLP
    7315 Wisconsin Avenue
    Suite 601N
    Bethesda, Maryland 20814

    Maria L. Merkowitz, Esq.
    Senior Assistant Attorney General
    441 4th Street, N.W.
    Sixth Floor North
    Washington, D.C.  20001