## DISTRICT OF DCOLUMBIA PUBLIC SCHOOLS

### NOTICE TO PARENT/GUARDIAN
### RIGHTS AFFORDED BY SECTION 504 OF THE
### REHABILITATION ACT OF 1973

The following is a description of the rights granted by federal law to students with disabilities. The intent of the law is to keep you fully informed concerning decision about your child and to inform you of your rights if you disagree with any of these decisions. You have the right to:

1. Have your child receive a free appropriate public education.

2. Have your child take part in, and receive benefits from, public education programs without discrimination because of his/her physical or mental impairment.

3. Have the school district advise you of your rights under federal law.

4. Receive notice with respect to identification, evaluation, or placement of your child.

5. Have your child receive services and educated in facilities which are comparable to those provided to students without disabilities.

6. Have evaluation, education, and placement decisions made based on variety of information sources, and by persons who know the student and who are knowledgeable about the evaluation data and placement options.

7. Have your child be given an equal opportunity to participate in nonacademic and extracurricular activities offered by the district.

8. Examine all relevant records relating to decisions regarding your child's identification, evaluation, and placement.

9. Have periodic evaluations (at least every 3 years) to determine if there has been a change in educational need and re-evaluation prior to any significant change in placement.

10. Request mediation or an impartial due process hearing related to decisions or actions regarding your child's identification, evaluation, educational program, or placement. You and your child may take part in the hearing and be represented by counsel. Hearing requests must be made to the Office of Student Hearings, 825 North Capitol Street, NE, Washington, DC 20002, Phone: (202) 442-5432.

11. File a complaint with the Office for Civil Rights (OCR) of the U.S. Department of Education. The address is P.O. Box 14620, Washington, DC, 20004-2501.

The office in your district responsible for assuring that the district complies with Section 504 is DCPS, Office of Employee Services, 825 North Capitol Street, 6th Floor, NE, Washington, DC 20002, Phone: (202) 442-5424.

_____    11-5-03    Page 16
Signature                     Date