DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

MEETING DATE: 11/5/03

STUDENT: Rachel Snyderman    SCHOOL: Murch E.S.

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Mark Snyderman | Mark Snyder | Father |
| Lois Ribet | Lois Ribet | Mother |
| Tammy L. Hubbard | Tammy Hubbard | Occupational Therapist |
| Diana M. Savit | Diana M. Savit | Attorney for Rachel + family |
| Nancy Martell [?] | Nancy Martell [?] | Sped Ed Teacher |
| Melanie Ellaissi | M Ellaissi | Teacher |
| Scott Cartland | Scott Cartland | A.P. |
| Tara Benn | Via Telephone | School Psychologist |

Parents were provided with parental rights.
Parents shared concerns - Initial concerns were with articulation. Articulation testing showed development within normal limits. Other concerns were raised in the areas of auditory processing, gross and fine motor issues, and concerns with social dynamics. Parents feel that Rachel needs speech therapy and OT.
Classroom teacher - Rachel is a delightful child. Classroom assessments show age-appropriate progress in reading and many strengths in math. She interacts appropriately with her peers in the classroom during structured activities but sometimes appears isolated on the playground. She appears to work very hard to accomplish physical tasks. Handwriting

THE PARENT (IS PRESENT)  IS NOT PRESENT  AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT Rachel Snyderman

**CONTINUES TO BE ELIGIBLE** FOR SPECIAL EDUCATION

**IS TO BE EXITED** FROM SPECIAL EDUCATION

Handwriting continues to be a concern.