DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**DRAFT**

MULTIDISCIPLINARY TEAM (MDT)

**Eligibility Meeting Notes**

MDT

MEETING DATE: 01/06/05 ~~11/30/2004~~ CM

STUDENT: Rachel Snyderman        SCHOOL: Murch Elementary

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| | | Parent/Guardian |
| | | Special Ed Teacher |
| Kim Hecker | Kim Hecker | General Ed Teacher |
| Mark Snyderman | [signature] | ~~LEA Representative~~ Parent |
| Marjorie Cuthbert | Marjorie Cuthbert | Principal or Designee |
| | | Student |
| Charron M. Mitchell | M Mitchell MA CCC-SLP | Speech-Language Pathologist |
| Diana Savit | Diana M. Savit | Attorney for student + parent |

Parent rights/procedures were ~~administ~~ given to the parents. Introductions were given.

<u>Classroom Teacher Report:</u>
I feel that Rachel has surpassed her 504 goals. She is functioning as well or better than some of her peers. I feel Rachel is progressing nicely in first grade.

THE PARENT ☒ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT Rachel Snyderman

☐ **IS ELIGIBLE** FOR SPECIAL EDUCATION AND RELATED SERVICES
  ☐ TEAM WILL COMPLETE IEP
  ☐ TEAM WILL SCHEDULE IEP MEETING
  ☐ ADDITIONAL ASSESSMENT WILL BE ORDERED

☒ **IS NOT ELIGIBLE** FOR SPECIAL EDUCATION
  ☒ STUDENT IS REFERRED BACK TO THE TAT
  ☐ ADDITIONAL ASSESSMENT WILL BE ORDERED