# United States District Court
# for the District of Columbia

| |  |
|---|---|
| F.S., a minor, *et al.,* <br><br> **Plaintiffs** <br><br> v. <br><br> **THE DISTRICT OF COLUMBIA,** *et al.,* <br><br> **Defendant**s | **Civil Action No. 06-00923 (EGS)** |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF THE COMPLAINT**

On July 5, 2006, plaintiffs opposed the partial motion to dismiss filed by defendants the District of Columbia and Clifford B. Janey, Superintendent of the District of Columbia Public Schools (collectively, "defendants" or "the District") by, *inter alia,* informing the Court that they were prepared to submit minor plaintiff R.S.'s claims for the administrative due process hearing which defendants contended was required before R.S. could litigate in this Court. Plaintiffs now wish to advise the Court that a request for a due process hearing concerning these matters–along with other issues pertinent to R.S. that have arisen since this case was filed–has been submitted to the appropriate offices within the District of Columbia Public Schools. A copy of the due process complaint notice accompanies this supplemental memorandum. The notice was sent by telecopier to the Office of the General Counsel of the District of Columbia Public Schools on September 26, 2006, and to the Student Hearing Office of the State Enforcement and Investigation Division for Special Education Programs on September 27, 2006.

Barring unusual circumstances, all due process proceedings should be completed within approximately 60 days. *See* Individuals with Disabilities Education Act, 20 U.S.C. §1415(f); 34

C.F.R. §300.511; 5 D.C.M.R. §3022.1 *et seq*. By that time, plaintiffs will know whether all issues relating to R.S.'s education have been fully resolved, or whether further litigation before this Court is needed.

/s/ *Diana M. Savit*

Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814
(301) 951-9191
Attorneys for plaintiffs