# United States District Court
# for the District of Columbia

| |
|---|
| **F.S., a minor, by and through her parents and next friends, Lois Rosen and Mark Snyderman,** *et al.,*<br><br>    **Plaintiffs**<br><br>    **v.**<br><br>**THE DISTRICT OF COLUMBIA,** *et al.*,<br><br>    **Defendant**s |

**Civil Action No.  06-00923 (EGS)**

## PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME

Plaintiffs F.S., a minor child, and her parents, Mark Snyderman and Lois Rosen (collectively, "plaintiffs"), through counsel, respectfully move the Court, pursuant to Fed. R. Civ. P. 6(b) and Rule LCvR 7.1, to enter an order extending the time within which they may file their opposition to defendants' motion to partially dismiss their amended complaint or, alternatively, to stay proceedings, up to and including February 5, 2007.  The grounds for this motion are:

1.      Defendants filed their motion on January 22, 2007, serving it electronically through the Court's ECF system.  Plaintiffs' opposition to the motion is due either February 2, 2007 or February 5, 2007, depending upon whether the Court views electronic service as in-hand or mailed service.  Fed. R. Civ. P. 6(e); LCvR 7.1(b).  To the best of the undersigned's knowledge, this Court has not promulgated a rule stating whether electronic filing and service adds the three days for mailing for which Fed. R. Civ. P. 6(e) provides.

2.      Plaintiffs began preparing their opposition on the assumption that it is due February 2, 2007; however, during the period since the motion was served, their counsel has been occupied

with preparing for a pretrial conference, scheduled on February 2, 2007, in a complicated case involving multiple claims and counter-claims.  The pretrial likely will last all afternoon. Both preparing for the pretrial and the anticipated time to be spent in the conference have prevented and will prevent counsel from completing the opposition in time to file it on February 2nd.

3.     Plaintiffs anticipate that they can file their opposition by February 5, 2007.

4.     Pursuant to LCvR 7.1(m), the undersigned certifies that she has contacted defense counsel and is authorized to represent that the relief sought in this motion is unopposed.

Based upon the foregoing, plaintiffs respectfully ask the Court to enter an order extending the time within which they may oppose defendants' motion to partially dismiss the amended complaint or, alternatively, to stay proceedings, up to and including February 5, 2007.

/s/     *Diana M. Savit*

Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814
(301) 951-9191
Attorneys for plaintiffs

# United States District Court
# for the District of Columbia

| |
|---|
| **F.S., a minor, by and through her parents and next friends, Lois Rosen and Mark Snyderman**, *et al.,* <br><br> **Plaintiffs** <br><br> **v.** <br><br> **THE DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendant**s |

Civil Action No.  06-00923 (EGS)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME**

Fed. R. Civ. P. 6(b).

/s/    *Diana M. Savit*

Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814
(301) 951-9191
Attorneys for plaintiffs