# United States District Court
# for the District of Columbia

| | |
|---|---|
| **F.S.**, a minor, *et al.,*<br><br>        **Plaintiffs**<br><br>    v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.,*<br><br>        **Defendant**s | Civil Action No. 06-00923 (EGS) |

### ORDER

Upon consideration of plaintiffs' motion to extend time, memorandum of points and authorities in support thereof and defendants' consent thereto, and the entire record herein, and it appearing that the motion should be granted, it is, this _____ day of _____, 2007,

**ORDERED:**  That the motion is granted; and it is

**FURTHER ORDERED:**   That the time within which plaintiffs may file their opposition to defendants' motion for partial dismissal of plaintiffs' amended complaint or in the alternative for a stay of proceedings is extended up to and including February 5, 2007.

_____
Judge

cc: Diana M. Savit, Esq.
**Savit & Szymkowicz, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814

Maria L. Merkowitz, Esq.
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, D.C.  20001