# United States District Court
# for the District of Columbia

| | |
|---|---|
| **F.S., a minor, by and through her parents and next friends, Lois Rosen and Mark Snyderman,** *et al.,*<br><br>**Plaintiffs**<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.*,<br><br>**Defendant**s | Civil Action No. 06-00923 (EGS) |

### ORDER

Upon consideration of defendants' motion for partial dismissal of plaintiffs' amended complaint or in the alternative for a stay of proceedings, memorandum of points and authorities in support thereof, plaintiffs' opposition thereto and the entire record herein, and it appearing that the motion should be denied, it is, this _____ day of _____, 2007,

**ORDERED:** That the motion is denied.

_____
Judge

cc:   Diana M. Savit, Esq.
      **SAVIT & SZYMKOWICZ, LLP**
      7315 Wisconsin Avenue
      Suite 601N
      Bethesda, Maryland 20814

      Maria L. Merkowitz, Esq.
      Senior Assistant Attorney General
      441 4th Street, N.W.
      Sixth Floor North
      Washington, D.C.  20001