**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| F. S., a minor, by and through her parents and next friends, Lois Rosen and Mark Snyderman, et al., : : : : : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 06-0923 (EGS) |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

**DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' AMENDED COMPLAINT OR IN THE ALTERNATIVE FOR A STAY OF PROCEEDINGS.**

Comes now defendants, by and through counsel, and reply to plaintiffs' Opposition to defendants' Motion for Partial Dismissal of Plaintiffs' Amended Complaint or in the Alternative for a Stay of Proceedings as follows:

On October 12, 2006, a Multidisciplinary Team Meeting ("MDT") was held wherein DCPS found the minor student, F.S., ineligible for special education. (Complaint at par. 19)[1] On December 29, 2006, plaintiffs filed a request for an administrative due process hearing "to challenge DCPS' determination of ineligibility and failure to provide special education for F.S. during the current school year." (Complaint at 23)  The parents claim that despite a finding by DCPS that the student is no longer eligible for special education that DCPS should continue to fund her education at a private school of their choosing. The student has been accepted at The Edmund Burke

---

[1] The student had been found previously to be eligible for special education, and attended a private school until her graduation from sixth grade.

School ("Burke") and plaintiffs ask this Court to issue an order, *inter alia,* finding Burke to be the student's current special education placement and directing defendants to place and fund her there. (Complaint at 9)

Because this matter may be resolved at the administrative level, if the Court is not disposed to dismiss the plaintiffs' claim as premature, defendants seek this Court to at least stay the current proceedings until after the administrative process has been completed. The undersigned has been apprised by the Office of the General Counsel for DCPS that a due process hearing has been scheduled by the Student Hearing Office for February 27, 2007. While plaintiffs are seeking a continuance of that date, their request has not been granted to date. Even if their request is granted it would appear that the due process hearing can be completed in the near future.

Accordingly, defendants again move this Court to dismiss, as premature, that part of plaintiffs' Complaint seeking this Court to make a finding that the Edmund Burke School is an appropriate placement for F.S., despite there being no such finding on the part of DCPS, and despite a finding that the student is no longer eligible for special education. Contrary to plaintiffs' assertion that "the Court can engage in the fairly perfunctory exercise of comparing" the student's prior school program at Lowell, with that at Burke (Plaintiffs' Opposition at 7), such a comparison would be anything but perfunctory. The Court would first need to determine the student's current educational needs. The Court would then need to determine if a DCPS school could fill the student's educational needs, and if there were no appropriate DCPS school that could meet the student's educational needs, the Court would then have to make the determination as to whether or not Burke could. All of these are educational decisions, more suited to school

officials than to the Court. Indeed as prior decisions mandate, the Court must give deference to the expertise of school officials responsible for the child's education." Lyons v. Smith, *supra*, 829 F.Supp. at 418.

Thus, in the interest of judicial economy, should the Court not dismiss Count II of the Amended Complaint, defendants respectfully request the Court to hold any decision concerning the education placement of F.S. in abeyance until after the conclusion of the administrative proceedings.

>   Respectfully submitted,
>
>   LINDA SINGER
>   Acting Attorney General for the District of Columbia
>
>   GEORGE C. VALENTINE
>   Deputy Attorney General, Civil Litigation Division
>
>   /s/ Edward P. Taptich
>   EDWARD P. TAPTICH [012914]
>   Chief, Equity, Section 2
>
>   /s/ Maria L. Merkowitz
>   MARIA L. MERKOWITZ [312967]
>   Senior Litigation Counsel
>   441 4th Street, N.W.
>   Sixth Floor North
>   Washington, DC 20001
>   (202) 442-9842
>   FAX - (202) 727-3625
>   E-mail – maria.merkowitz@dc.gov

February 16, 2007