United States District Court
for the District of Columbia

| | |
|---|---|
| **F.S.**, a minor, *et al.*,<br><br>      **Plaintiffs**<br><br>      v.<br><br>**THE DISTRICT OF COLUMBIA**, *et al.*,<br><br>      **Defendant**s | Civil Action No. 06-00923 (EGS) |

## JOINT STATUS REPORT

In compliance with the Court's March 1, 2007 order, the parties submit the following status report regarding the administrative proceedings for F.S:

The case was set for an administrative due process hearing on March 8, 2007. At that time, the parents moved for entry of the District of Columbia Public Schools' ("DCPS") default due to DCPS's failure to file the response required by 20 U.S.C. §1415(c)(2)(B). The hearing officer denied the requested relief but ordered DCPS to file the required response by March 9, 2007.

The parents requested an opportunity to review DCPS's written response after receiving it, to determine whether they might need additional evidence to meet DCPS's defenses and to ascertain the availability of any new witnesses they might wish to call in light of the response. Accordingly,

the hearing was continued to April 25 and 26, 2007. There will be a prehearing conference on March 27, 2007.

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| /s/ Diana M. Savit<br>Diana M. Savit #244970<br>**SAVIT & SZYMKOWICZ, LLP**<br>7315 Wisconsin Avenue<br>Suite 601N<br>Bethesda, Maryland 20814<br>Tel:     (301) 951-9191<br>Facsimile:     (301) 718-7788<br>dms@bowsslaw.com | LINDA SINGER<br>Acting Attorney General for the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General, Civil Litigation Division<br><br>/s/ Edward P. Taptich<br>EDWARD P. TAPTICH [012914]<br>Chief, Equity, Section 2<br><br>/s/ Maria L. Merkowitz<br>MARIA L. MERKOWITZ [312967]<br>Senior Litigation Counsel<br>441 4th Street, N.W.<br>Sixth Floor North<br>Washington, DC 20001<br>(202) 442-9842<br>FAX  -  (202) 727-3625<br>E-mail – maria.merkowitz@dc.gov |