UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| F.S., a minor, by and through her parents and next friends, Lois Rosen and Mark Snyderman, *et al.*, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-923 (EGS) |
| v. | ) ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendants' motion to partially dismiss the amended complaint or, in the alternative, for a stay of proceedings is **DENIED in part and GRANTED in part**; and it is

**FURTHER ORDERED** that this case is **STAYED** pending further order of the Court; and it is

**FURTHER ORDERED** that the parties are directed to file a joint status report every thirty (30) days, with the first such report due on May 1, 2007, informing the Court of the status of pending administrative proceedings and the parties' recommendations for further proceedings in this Court.

**SO ORDERED.**

1

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**April 13, 2007**