United States District Court
for the District of Columbia

| | |
|---|---|
| **F.S., a minor**, *et al.,*<br><br>**Plaintiffs**<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.,*<br><br>**Defendant**s | Civil Action No. 06-00923 (EGS) |

**JOINT STATUS REPORT**

In compliance with the Court's April 13, 2007 order, the parties submit the following status report regarding the administrative proceedings for F.S: The case was set for an administrative due process beginning April 25, 2007. The hearing began as scheduled. On the second day, the parties settled the case and now await issuance of a hearing officer's determination embodying the terms of the settlement, which will be entered as a formal order. After the order issues and the District of Columbia Public Schools administratively processes plaintiffs' anticipated request for payment of legal fees and expenses, the parties will ask this Court to decide any remaining matters.

FOR PLAINTIFFS:

/s/ Diana M. Savit
Diana M. Savit #244970
**Savit & Szymkowicz, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814
Tel:   (301) 951-9191
Facsimile:   (301) 718-7788
dms@bowsslaw.com

FOR DEFENDANTS:

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

<u>/s/ Maria L. Merkowitz</u>
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov