United States District Court
for the District of Columbia

| |
|---|
| **F.S., a minor,** *et al.,* |
| **Plaintiffs** |
| v. |
| **THE DISTRICT OF COLUMBIA,** *et al.,* |
| **Defendant**s |

Civil Action No. 06-00923 (EGS)

## JOINT STATUS REPORT

In compliance with the Court's March 1, 2007 order, the parties submit the following status report regarding the administrative proceedings for F.S:

As reported in our May 1, 2007 filing, the parties settled all claims other than plaintiffs' request for attorney's fees and costs at the administrative due process hearing. A hearing officer's determination memorializing the settlement issued on May 8, 2007, and the parties have begun to implement its terms.

Plaintiffs expect to submit their request for reimbursement of their legal fees and expenses to the District of Columbia Public Schools ("DCPS") in June for administrative processing. After DCPS evaluates the request and pays what it deems to be the allowable portion of plaintiffs' request, plaintiffs will return to this Court with a motion for an award of any unpaid or disputed amounts. The parties will brief this motion and submit it to the Court for decision. They believe that deciding this motion is the only matter which remains for the Court to adjudicate.

In light of the foregoing, the parties jointly ask the Court to maintain the stay of proceedings currently in effect, and to relieve them of the obligation to file future monthly status reports.

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| | LINDA SINGER<br>Acting Attorney General for the District of Columbia |
| /s/ Diana M. Savit<br>Diana M. Savit #244970<br>**SAVIT & SZYMKOWICZ, LLP**<br>7315 Wisconsin Avenue<br>Suite 601N<br>Bethesda, Maryland 20814<br>Tel:     (301) 951-9191<br>Facsimile:     (301) 718-7788<br>dms@bowsslaw.com | GEORGE C. VALENTINE<br>Deputy Attorney General, Civil Litigation Division<br><br>/s/ Edward P. Taptich<br>EDWARD P. TAPTICH [012914]<br>Chief, Equity, Section 2<br><br>/s/ Maria L. Merkowitz<br>MARIA L. MERKOWITZ [312967]<br>Senior Litigation Counsel<br>441 4th Street, N.W.<br>Sixth Floor North<br>Washington, DC 20001<br>(202) 442-9842<br>FAX  -  (202) 727-3625<br>E-mail – maria.merkowitz@dc.gov |