United States District Court
for the District of Columbia

| | |
|---|---|
| **F.S., a minor,** *et al.,*<br><br>　　　　**Plaintiffs**<br><br>　　v.<br><br>**THE DISTRICT OF COLUMBIA,** *et al.,*<br><br>　　　　**Defendant**s | Civil Action No. 06-00923 (EGS) |

**JOINT STATUS REPORT**

Complying with the Court's June 5, 2007 order, the parties submit the following updated status report:

The multidisciplinary team meeting which was to be held pursuant to the May 8, 2007 hearing officer's determination took place on June 13, 2007. At that meeting, the District of Columbia Public Schools ("DCPS") found F.S. ineligible for special education. F.S. and her parents are challenging this decision via a new due process hearing request which is not part of this case. If further proceedings before this Court are required, a new case will be filed.

The only issue which remains to be resolved in this matter is plaintiffs' request for reimbursement of their legal fees and expenses at the administrative level and in this Court. DCPS recently partially reimbursed F.S.'s parents, but under current law cannot pay legal fees above $4,000. Accordingly, it will be necessary for plaintiffs to file a motion with this Court seeking a judgment in the amount of any above-cap fees, as well as any disputed fees or expenses.

The parties wish to try to resolve the fee and expense question before litigating the issue. Toward that end, they ask the Court to maintain the stay of proceedings currently in effect for another 90 days, to allow them an opportunity to negotiate. If they cannot agree on an amount to be awarded, they will submit a briefing schedule for a motion to decide the issue.

In light of the foregoing, the parties jointly ask the Court to maintain the stay of proceedings currently in effect. They will, with the Court's permission, submit a final status report within 90 days.

**FOR PLAINTIFFS:**

/s/ Diana M. Savit
Diana M. Savit #244970
**Savit & Szymkowicz, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814
Tel:    (301) 951-9191
Facsimile:    (301) 718-7788
dms@bowsslaw.com

**FOR DEFENDANTS:**

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov