# United States District Court
# for the District of Columbia

| |
|---|
| **F.S., a minor,** *et al.,* |
| **Plaintiffs** |
| **v.** |
| **THE DISTRICT OF COLUMBIA,** *et al.,* |
| **Defendant**s |

**Civil Action No. 06-00923 (EGS)**

## JOINT STATUS REPORT

Complying with the Court's October 17, 2007 order, the parties submit the following updated status report:

The parties are attempting in good faith to resolve the one issue which remains in this case –plaintiffs' request for reimbursement of their legal fees and expenses at the administrative level and in this Court. The District of Columbia Public Schools ("DCPS") has administratively paid the statutory maximum in legal fees payable to F.S.'s parents. F.S.'s parents have submitted to DCPS a supplemental administrative request for reimbursement of expenses (as opposed to legal fees). This is being processed.

Counsel have further agreed that plaintiffs' attorney will forward to defense counsel a request for the remaining fees and expenses which F.S.'s parents claim in this case. This requires redacting and analyzing statements generated over a period of years. That process has begun but has not yet been completed. Accordingly, the parties ask the Court to allow them another 30 days within which to try to reach agreement on the amount of legal fees and expenses to be awarded. If they cannot do so, they will submit a briefing schedule for a motion to decide the issue.

In light of the foregoing, the parties jointly ask the Court to maintain the stay of proceedings currently in effect. They will, with the Court's permission, submit either a final status report or a consent judgment within 30 days.

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| | LINDA SINGER |
| /s/ Diana M. Savit | Acting Attorney General for the District of Columbia |
| Diana M. Savit #244970 | |
| **SAVIT & SZYMKOWICZ, LLP** | GEORGE C. VALENTINE |
| 7315 Wisconsin Avenue | Deputy Attorney General, Civil Litigation Division |
| Suite 601N | |
| Bethesda, Maryland 20814 | |
| Tel:   (301) 951-9191 | |
| Facsimile:   (301) 718-7788 | /s/ Edward P. Taptich |
| dms@bowsslaw.com | EDWARD P. TAPTICH [012914] |
| | Chief, Equity, Section 2 |
| | |
| | /s/ Maria L. Merkowitz |
| | MARIA L. MERKOWITZ [312967] |
| | Senior Litigation Counsel |
| | 441 4th Street, N.W. |
| | Sixth Floor North |
| | Washington, DC 20001 |
| | (202) 442-9842 |
| | FAX - (202) 727-3625 |
| | E-mail – maria.merkowitz@dc.gov |