United States District Court
for the District of Columbia

| | |
|---|---|
| **F.S., a minor,** *et al.,*<br><br>    **Plaintiffs**<br><br>**v.**<br><br>**THE DISTRICT OF COLUMBIA,** *et al.,*<br><br>    **Defendant**s | Civil Action No. 06-00923 (EGS) |

**JOINT STATUS REPORT**

Complying with the Court's December 6, 2007 order, the parties submit the following updated status report:

The parties have reached agreement regarding plaintiffs' request for attorney's fees and costs. A proposed consent judgment memorializing this agreement will be prepared by counsel for defendants and submitted following approval by plaintiffs' counsel. The parties expect to file the proposed consent judgment by January 30, 2008.

The parties respectfully ask the Court to defer further action while they prepare the consent judgment for the Court's action.

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| /s/ Diana M. Savit<br>Diana M. Savit #244970<br>**SAVIT & SZYMKOWICZ, LLP**<br>7315 Wisconsin Avenue<br>Suite 601N<br>Bethesda, Maryland 20814<br>Tel:   (301) 951-9191<br>Facsimile:   (301) 718-7788<br>Email: dms@bowsslaw.com | PETER G. NICKLES<br>Interim Attorney General for the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General, Civil Litigation Division<br><br>/s/ Edward P. Taptich<br>EDWARD P. TAPTICH [012914]<br>Chief, Equity, Section 2<br><br>/s/ Maria L. Merkowitz<br>MARIA L. MERKOWITZ [312967]<br>Senior Litigation Counsel<br>441 4th Street, N.W.<br>Sixth Floor North<br>Washington, DC 20001<br>(202) 442-9842<br>FAX  -  (202) 727-3625<br>E-mail – maria.merkowitz@dc.gov |