UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **F. S., a minor, by and through her parents and next friends, Lois Rosen and Mark Snyderman, et al.** | :<br>:<br>:<br>:<br>: |
| **Plaintiffs,** | : |
| v. | : Civil Action No. 06-0923 (EGS) |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| **Defendants.** | : |

**JOINT MOTION FOR CONSENT JUDGMENT**

In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a consent judgment. The parties have resolved all issues with respect to plaintiffs' amended complaint.

The parties have agreed to the form of a proposed order, a copy of which is attached hereto. The parties consent to the entry of the proposed order, and request that judgment be entered by the Clerk.

    Respectfully submitted,
    PETER J. NICKLES
    Interim Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General,
    Civil Litigation Division

    /s/ Edward P. Taptich
    EDWARD P. TAPTICH [012914]
    Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625
maria.merkowitz@dc.gov


**/s/** Diana M. Savit
Diana M. Savit #244970
SAVIT & SZYMKOWICZ, LLP
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814
(301) 951-9191
FAX - (301) 718-7788
dms@bowsslaw.com


January 30, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       :
**F. S., a minor, by and through her** :
**parents and next friends, Lois Rosen** :
**and Mark Snyderman, et al.**         :
                                       :
                                       :
        **Plaintiffs,**                :
                                       :
           v.                          :  Civil Action No. 06-0923 (EGS)
                                       :
**DISTRICT OF COLUMBIA, et al.,**      :
                                       :
        **Defendants.**                :
_____ :

## CONSENT JUDGMENT

Upon consideration of the joint motion for consent judgment filed January 30, 2008, plaintiffs and defendants having agreed on the amount of reasonable attorneys' fees and costs sought in this action, entry of this judgment will fully settle all claims made by plaintiffs in their amended complaint herein, and the parties having consented to this order, it is, this _____ day of _____, 2008:

**ORDERED**, That plaintiffs are awarded $23,464.73 as payment for attorneys' fees and costs in connection with the prosecution of this action. Payment of $457.11 is to be made within 60 days of the date of this order. The balance shall be paid subject to applicable law.

**IT IS FURTHER ORDERED**, That the payment agreed upon is subject to applicable law, including Section 122 of the District of Columbia Appropriations Act, 2006, Pub. L. No. 109-115. To the extent any current statutory limitation on the payment awarded herein is altered by Congress or judicial ruling such that a collection of this payment, or any portion of it, is no

longer limited, plaintiffs are not barred by this order from the pursuit of such payment, or partial payment, as may then be permissible.

**IT IS FURTHER ORDERED**, That the awards herein are in settlement of all of plaintiffs' claims in the instant amended complaint, and will extinguish all of defendant's liabilities for such claims; and

**IT IS FURTHER ORDERED**, That plaintiffs' amended complaint herein is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE