**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| F.S., a minor, by and through her parents and next friends, Lois Rosen and Mark Snyderman, *et al.*,<br><br>            Plaintiffs,<br><br>        v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-923 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT JUDGMENT**

Upon consideration of the joint motion for consent judgment filed January 30, 2008, plaintiffs and defendants having agreed on the amount of reasonable attorneys' fees and costs sought in this action, entry of this judgment will fully settle all claims made by plaintiffs in their amended complaint herein, and the parties having consented to this order, it is, this 30th day of January, 2008:

**ORDERED**, That plaintiffs are awarded $23,464.73 as payment for attorneys' fees and costs in connection with the prosecution of this action. Payment of $457.11 is to be made within 60 days of the date of this order. The balance shall be paid subject to applicable law.

**IT IS FURTHER ORDERED**, That the payment agreed upon is subject to

1

applicable law, including Section 122 of the District of Columbia Appropriations Act, 2006, Pub. L. No. 109-115. To the extent any current statutory limitation on the payment awarded herein is altered by Congress or judicial ruling such that a collection of this payment, or any portion of it, is no longer limited, plaintiffs are not barred by this order from the pursuit of such payment, or partial payment, as may then be permissible.

**IT IS FURTHER ORDERED,** That the awards herein are in settlement of all of plaintiffs' claims in the instant amended complaint, and will extinguish all of defendant's liabilities for such claims; and

**IT IS FURTHER ORDERED,** That plaintiffs' amended complaint herein is hereby dismissed with prejudice.


**Signed:    Emmet G. Sullivan**
**United States District Judge**
**January 30, 2008**